AO 442 (Rev. 11/11) Arrest Warrant

AUSA Jonathan L. Shih, (312) 353-5361

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: 25 CR 98 |
| ANGEL BURGOS JR. | **UNDER SEAL** |

To:   Any Authorized Law Enforcement Officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ANGEL BURGOS JR., who is accused of an offense or violation based on the following document filed with the court:
Superseding Indictment

This offense is briefly described as follows:

conspiracy to commit carjacking, in violation of Title 18, United States Code, Section 371, carjacking, in violation of Title 18, United States Code, Section 2119, and brandishing a firearm during a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)

Date: April 17, 2025

*Issuing Officer's signature*

City and State: Chicago, Illinois

Daniel P. McLaughlin, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/07/25, and the person was arrested on *(date)* 07/09/25, at *(city and state)* Milwaukee, WI.

Date: 07/10/25

*Arresting officer's signature*

Special Agent David Shamsi
*Printed name and title*